IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BUTERA & ANDREWS LAW FIRM,<br><br>         Plaintiff,<br><br>vs.<br><br>BLACKBIRD HOLDINGS, INC.<br><br>         Defendant. | Civil Action No. 3:07-cv-00319-GCM<br><br><br>**ORDER FOR EXTENSION OF<br>DISCOVERY DEADLINE** |

   The undersigned finds there is good cause for the foregoing motion and therefore orders the deadline for the completion of discovery in this matter shall be and hereby is extended to and including Monday, June 23, 2008.

        Signed: March 31, 2008

        _____
        Graham C. Mullen
        United States District Judge